UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL ROBERTO MONCADA,<br><br>          Petitioner,<br><br>    v.<br><br>E. VALENZUELA, WARDEN,<br><br>          Respondent. | No. CV 15-1386 AG (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections to the Report. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED as follows:

1. Pursuant to Ninth Circuit Rule 22-3(a), the portion of the habeas Petition relating to Los Angeles County Superior Court Case No. MA029061 is referred to the U.S. Court of Appeals for the Ninth Circuit for consideration as an application for leave to file a second-or-successive habeas petition. The Clerk of Court is directed to (1) send a copy of the habeas Petition and a copy of this Order to the Clerk of the U.S. Court of Appeals for the Ninth Circuit; and (2) provide Petitioner with a form recommended by

1 the Ninth Circuit for filing an Application for Leave to File Second or Successive
2 Petition Under 28 U.S.C. § 2254 or Motion Under 28 U.S.C. § 2255.

3     2. The entire Petition (that is the portion relating to MA029061 and the
4 portion relating to MA028312) is dismissed without prejudice for lack of subject-matter
5 jurisdiction.

7 DATED: September 5, 2015

                              ANDREW J. GUILFORD
                              United States District Judge