UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL ROBERTO MONCADA,<br><br>          Petitioner,<br><br>   v.<br><br>E. VALENZUELA, WARDEN,<br><br>          Respondent. | No. CV 15-1386 AG (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied without prejudice for lack of jurisdiction.

DATED: September 5, 2015

                                                ANDREW J. GUILFORD<br>                                                United States District Judge